Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>GUSTAVO GAYTAN-JIMENEZ,<br><br>        Defendant. | CASE NO. CR14-239TSZ<br><br>ORDER |

The Court having reviewed the records and files herein and considered the stipulation of the parties, makes the following findings and enters the following order:

1. The defendant has been charged by complaint with two counts of Making, Possessing and Selling Fraudulent Immigration Documents, in violation of Title 18, United States Code, Section 1546(a). Due to the nature of the offenses, additional time is needed to allow the parties to review the discovery, receive and review any additional discovery forthcoming, properly and fully investigate the matter, and complete negotiations. The Government has already provided early discovery to the defendant and his counsel. The defendant has no objection to a continuance of the time in which to be indicted.

2. The Waiver of Speedy Indictment has already been filed with the Court. (Docket Number 16).

ORDER- 1

Law Office of Gabriel I. Banfi
Plaza Center
10900 NE 8th St. Suite 1115
Bellevue, Washington 98004
(425) 454-7721

3. The ends of justice outweigh the best interest of the public and the defendant in a speedy indictment. That failure to grant a continuance in order for the parties to fully investigate the matter would result in a miscarriage of justice.

IT IS HEREBY ORDERED that the time to indict the matter is continued from September 2, 2014 until October 2, 2014.

IT IS FURTHERED ORDERED that pursuant to Title 18, United States Code, Section 3161(h), the period of time from September 2, 2014, through October 2, 2014, is excluded in the computation of time under the Speedy Trial Act.

DONE this 22nd day of August, 2014.

*/s/ Thomas S. Zilly*

THOMAS S. ZILLY
United States District Judge

Presented by:

S/ Gabriel I. Banfi

Attorney for Gustavo Gaytan-Jimenez

S/ Donald M. Reno, Jr.

Assistant United States Attorney

ORDER - 2

Law Office of Gabriel I. Banfi
Plaza Center
10900 NE 8th St. Suite 1115
Bellevue, Washington 98004
(425) 454-7721